THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DOMINIQUE KEIMBAYE, | CASE NO. C18-1782-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KAISER PERMANENTE OF BELLEVUE MEDICAL CENTER, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's application for appointment of counsel (Dkt. No. 2). Before the Court can consider Plaintiff's application, Plaintiff must file a financial affidavit in support of the application. *See* General Order 10 - 05, August 1, 2010, Section 3(c) (In re Amended Plan for the Representation of Pro Se Litigants in Civil Rights Actions). Plaintiff is DIRECTED to file a financial affidavit in support of the application, which can be accessed on the website for the Western District of Washington. The Clerk is DIRECTED to RENOTE the motion to appoint counsel (Dkt. No. 2) to January 7, 2019.

//

//

MINUTE ORDER
C18-1782-JCC
PAGE - 1

1 DATED this 7th day of January 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-1782-JCC
PAGE - 2