UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOMINIQUE KEIMBAYE, | CASE NO. C18-1782-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KAISER PERMANENTE OF BELLEVUE MEDICAL CENTER, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's application for appointment of counsel (Dkt. No. 2). Upon reviewing Plaintiff's complaint and EEOC materials, the Court concludes that it is appropriate to forward Plaintiff's case for further screening by the Federal Bar Association's Pro Bono Panel. *See* General Order 10 - 05, August 1, 2010, Section 3(c) (In re Amended Plan for the Representation of Pro Se Litigants in Civil Rights Actions). The Court DIRECTS the Clerk to forward the necessary materials, including the application for appointment of counsel, Plaintiff's financial affidavit, the complaint, and the EEOC materials attached to the complaint (Dkt. Nos. 1, 2, 11) to the Screening Committee for the Pro Bono Panel. The Court also DIRECTS the Clerk to RENOTE the motion to appoint counsel (Dkt. No.

2) for February 11, 2019.

DATED this 11th day of January 2019.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk