THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DOMINIQUE KEIMBAYE,<br><br>    Plaintiff,<br><br>  v.<br><br>KAISER PERMANENTE OF BELLEVUE MEDICAL CENTER, KAISER FOUNDATION HEALTH PLAN OF WASHINGTON<br><br>    Defendants. | CASE NO. C18-1782-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to appoint counsel (Dkt. No. 2.) On January 11, 2019, the Court referred Plaintiff's motion to the Pro Bono Screening Committee. (Dkt. No. 12.) Upon review of the docket, the Committee recommended that counsel not be appointed in this case. Accordingly, the Court DENIES Plaintiff's motion to appoint counsel. (Dkt. No. 2.)

//

//

//

//

MINUTE ORDER
C18-1782-JCC
PAGE - 1

1       DATED this 11th day of February 2019.

2                                                 William M. McCool
                                                Clerk of Court

                                                s/Tomas Hernandez
                                                Deputy Clerk

MINUTE ORDER
C18-1782-JCC
PAGE - 2