1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOMINIQUE M. KEIMBAYE,

              Plaintiff,

     v.

KAISER PERMANENTE OF BELLEVUE
MEDICAL CENTER and KAISER
FOUNDATION HEALTH PLAN OF
WASHINGTON,

              Defendants.

CASE NO. C18-1782-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C.
Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for reconsideration (Dkt. No.
18) of the Court's order denying Plaintiff's motion to appoint counsel (Dkt. No. 16). "Motions
for reconsideration are disfavored." W.D. Wash. Local Civ. R. 7(h)(1). "The court will ordinarily
deny such motions in the absence of a showing of manifest error in the prior ruling or a showing
of new facts or legal authority which could not have been brought to its attention earlier with
reasonable diligence." *Id*. Plaintiff has not met this standard. In his motion for reconsideration,
Plaintiff simply lists the attorneys and employment firms he has contacted in his effort to retain
counsel. (Dkt. No. 18 at 2.) Plaintiff's motion for reconsideration (Dkt. No. 18) is therefore

DENIED.

DATED this 4th day of March 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk